FILED
CLERK, U.S. DISTRICT COURT

JAN 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,               )   Case No.: *ED09-20-M*

11

Plaintiff,               )

12

v.                                      )   ORDER OF DETENTION

13
14

*Jose Pineda-Quiroz,*               )

Defendant.               )

15

16   On motion by the government for pre-trial detention, the Court finds that no

17   condition or combination of conditions will reasonably assure the appearance of

18   defendant as required (or the safety of any person or the community).

19   The Court has considered the nature and circumstances of the offense(s); the

20   weight of evidence against the defendant; the history and characteristics of the

21   defendant; and the nature and seriousness of the danger to any person or the

22   community *as set forth in 18 USC § 3142(g)*.

23   The Court bases the foregoing findings on the defendant's non-objection to pre-

24   trial detention and the Pretrial Services Report/Recommendation. (The defendant also

25   has not rebutted the presumption provided by statute).

26   IT IS THEREFORE ORDERED that defendant be detained without prejudice prior

27   to trial/revocation hearing.

28

ORDER OF DETENTION

1    IT IS FURTHER ORDERED that defendant be committed to the custody of the
2  Attorney General for confinement in a corrections facility separate, to the extent
3  practicable, from persons awaiting or serving sentences or being held in custody
4  pending appeal; that defendant be afforded reasonable opportunity for private
5  consultation with counsel; and that, on order of a Court of the United States or on
6  request of any attorney for the government, the person in charge of the corrections
7  facility in which defendant is confined deliver defendant to a United States Marshal
8  for the purpose of any appearance in connection with a Court proceeding. This order
9  is made without prejudice to reconsideration.

10
11  Dated: __1/27/09__

        HONORABLE OSWALD PARADA
12                                        United States Magistrate Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

**ORDER OF DETENTION**

- 2 -